CAROL C. LAM
United States Attorney
JOHN R. KRAEMER
Assistant U.S. Attorney
California Bar Number 110756
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-2934

Attorneys for Plaintiff
United States of America

FILED SEP - 7 2006 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 06CR1830-JM |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER TO** |
| | ) **RELEASE MATERIAL WITNESS** |
| CANDIDO RUIZ-CRUZ, | ) |
| Defendant. | ) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and John R. Kraemer, Assistant United States Attorney, and defendant Candido Ruiz-Cruz, by and through his counsel Stephen W. Peterson, that Maria Ester Angel-Tlalmanaco, who is an alien material witness in the above-entitled

//
//
//
//
//
//
//
//
//

1  case, shall be released from custody as a material witness to the custody of immigration authorities for
2  removal from the United States.
3  SO STIPULATED.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 9/7/06

JOHN R. KRAEMER
Assistant United States Attorney

Dated: 9-7-06

STEPHEN W. PETERSON
Defense Counsel for Candido Ruiz-Cruz

## ORDER

UPON STIPULATION OF THE PARTIES,

IT IS HEREBY ORDERED that MARIA ESTER ANGEL-TLALMANACO, a material witness in Criminal Case No. 06CR1830-JM, be released from custody as a material witness to the custody of immigration authorities for removal from the United States.

SO ORDERED.
Dated: 9/07/06

HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Candido Ruiz-Cruz* ) <br> Defendant(s) ) | CRIMINAL NO. __06CR1830-JM__ <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court)).

Maria Esther Angel-Halmanaco

DATED: 9/7/06

RECEIVED _____ DUSM

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____ (Y. Madueño)
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082